# Court of Appeals
# of the State of Georgia

ATLANTA, ___September 22, 2016___

*The Court of Appeals hereby passes the following order:*

**A17D0069.  WILLIAM J. HENDERSON v. THE STATE.**

In 2000, William J. Henderson pled guilty to murder and other charges.  The Supreme Court later affirmed the trial court's denial of his motion for out-of-time appeal.  *Henderson v. State*, 293 Ga. 6 (743 SE2d 19) (2013).  Henderson has now filed an application for discretionary appeal in this Court, seeking review of the trial court's denial of his motion in arrest of judgment.  We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Henderson's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___ 09/22/2016 ___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*